The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SHEAFFER, an Individual,

        Plaintiff,

      vs.

SUPERIOR TANK LINES NORTHWEST
DIVISION, LLC a foreign limited liability
company,

        Defendant.

Case No.: 2:19-cv-00190-BJR

STIPULATION AND ORDER FOR
DISMISSAL

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, MICHAEL

SHEAFFER, and defendant, SUPERIOR TANK LINES NORTHWEST DIVISION, LLC, that

all of claims should be dismissed with prejudice and without any costs or attorneys' fees to either

party. The parties request that the Court enter the Order below consistent with this stipulation.

Stipulated and agreed to on this 17th day of May 2021.


By: _____
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
Email: aaron@rockelaw.com
Attorney for Plaintiff

By: *s/ Alexandra Shulman*
Alexandra Shulman, WSBA No. 48888
Bradley P. Thoreson, WSBA No. 18190
Buchalter PC
Email: bthoreson@buchalter.com
      ashulman@buchalter.com
Attorneys for Defendant

STIPULATION AND ORDER FOR
DISMISSAL

– Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

## ORDER

THIS MATTER comes before the Court upon the parties' stipulation that all claims by all parties asserted in this lawsuit should be dismissed.

IT IS SO ORDERED all of claims asserted are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated this 18th day of May 2021.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATION AND ORDER FOR
DISMISSAL

– Page 2

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670